# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ONIKA STEVENS )<br>)<br>Defendant. )<br>_____ ) | CRIMINAL NO. 2007-002 |

# **ORDER**

FINCH, J.

THIS MATTER comes before the Court on the Motion In Limine to Exclude Drug Courier Profile Testimony at trial filed by Defendant, Onika Stevens. After careful consideration and the Court having been advised in all the premises, it is hereby

**ORDERED** that Defendant's Motion In Limine is **GRANTED**.

ENTERED this 11th day of July, 2008.

_____/s/_____
**HONORABLE RAYMOND L. FINCH**
**U.S. DISTRICT JUDGE**

1