# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 2007-002 |
| v. ) | |
| ) | |
| ONIKA STEVENS ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

FINCH, J.

THIS MATTER comes before the Court on the Motion to Dismiss the Indictment filed by the United States Government.  After careful consideration and the Court being satisfied in the premises, it is hereby

**ORDERED** that the Government's Motion to Dismiss is **GRANTED**.  It if further

**ORDERED** that the Indictment against Defendant Onika Stevens is **DISMISSED**.

**ENTERED this 14th day of July, 2008.**

/s/
**HONORABLE RAYMOND L. FINCH**
**U.S. DISTRICT JUDGE**

1